# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 148 MAL 2020

        Respondent                :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

        v.                        :

JEREMIAH LEE METCALF,         :

        Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.